**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

JASON CHRISTOPHER CARR,

     Petitioner,

v.                                  CASE NO. 1:15-cv-00227-WTH-CAS

JULIE L JONES,

     Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (ECF No. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections at ECF No. 29. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and

incorporated by reference in this order.

2.      The is directed to enter the following judgment: "The Petition under

28 U.S.C. § 2254, ECF No. 1, is denied.  A certification of

appealability and leave to appeal in forma pauperis are denied."  The

Clerk is directed to close the file.


**DONE AND ORDERED** this *20th* day of February, 2018

_____
UNITED STATES DISTRICT JUDGE